AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>Laron Weston<br><br><br>*Defendant(s)* | )<br>)<br>) Case No.   3:21MJ-385<br>)<br>)<br>)<br>) |

FILED
JAMES J. VILT JR,
CLERK
7/28/2021
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 26, 2021__ in the county of __Jefferson__ in the
__Western__ District of __Kentucky__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 922(g) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ATF SA Lauren Viup
*Printed name and title*

Attested to by the applicant in accordance with the requiremnts of Red. R. Crim. P. 4.1 by telephone.

Date: 07/28/2021

_____
Colin H Lindsay, Magistrate Judge
United States District Court

City and state:   Louisville, KY

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Lauren Viup being duly sworn, depose and state as follows:

1. Your Affiant has been employed by the Bureau of Alcohol, Tobacco, Firearms, & Explosives (ATF) as a Special Agent (SA) since January 2016.  Affiant is currently assigned to the Louisville Field Division (LFD).  In connection with my official ATF duties I investigate criminal violations of state and federal firearms laws including, but not limited to, violations of Title 18, United States Code, Sections 922 and 924.  Affiant has received specialized training in the enforcement of laws concerning firearm related offenses as found in Title 18 of the United States Code.  Affiant also has been involved in various types of electronic surveillance, and in the debriefing of defendants, witnesses and informants, as well as others who have knowledge of firearms related offenses. The following information has been obtained through personal observation and knowledge or was told to this Affiant by other law enforcement agents.  This affidavit does not contain every fact know to me, but states only those facts necessary to establish probable cause for an arrest warrant for violations of Title 18, United States Code, Section 922(g)(1).

2. On July 26, 2021, Louisville Metro Police Department (LMPD) officers were responding to a double shooting that occurred at 4942 Manslick Road, Louisville, Kentucky. The suspect was identified as driving a red Hummer, for which a Be On the Lookout (BOLO) was broadcasted. LMPD Officer Michael Faulkner was traveling in a marked vehicle and came upon a red Hummer. Officer Faulkner attempted to conduct a traffic stop. The driver of the red Hummer disobeyed Officer

Faulkner, refused to stop, and fled from police in his vehicle. After a brief pursuit, the suspect vehicle wrecked into another vehicle at 4622 South 3rd Street.

3. After the red Hummer crashed into the other vehicle, the driver exited and continued to flee from Officer Faulkner on foot. LMPD officers continued to pursue the suspect on foot to the area of 4629 S. 2nd, Louisville, KY. At this time, Officer Faulkner noticed the suspect to have a handgun in his hand, which the suspect turned and pointed in Officer Faulkner's direction. At this time, Officer Joseph Hardison approached the suspect from behind and tackled him to the ground. The suspect and Officer Hardison began to wrestle as Officer Hardison noticed the suspect was armed with a handgun. Officer Hardison was attempting to disarm the suspect before the suspect could discharge the weapon.

4. LMPD Officers and Detectives recovered .40 caliber Fired Cartridge Casings (FCC) from the original shooting scene as well as the crashed red Hummer. The firearm that was recovered off of the suspect was a .40 caliber Glock 35 pistol with a drum magazine, bearing serial number WFP222.

5. The suspect was identified as Laron WESTON by his Commonwealth of Kentucky driver's license photograph.

6. The National Integrated Ballistic Information Network (NIBIN) is a ballistic imaging network that provides actionable investigative leads in a timely manner. A NIBIN Lead is generated when there is a link between FCCs expelled from the same firearm. The FCCs collected from the original shooting scene and the red Hummer linked to the FCC collected when the recovered Glock was test fired.

7. On July 28, 2021, Group Supervisor (GS) Joseph Persails, an Interstate Nexus Examiner, gave the verbal opinion that the Glock 35 was manufactured outside the state of Kentucky, thus having moved in or affected interstate commerce.

8. WESTON is a previously convicted felon pursuant to Jefferson County, Kentucky, Jefferson Circuit Court case numbers 13-CR-001035 for Wanton Endangerment – 1st Degree, 14-CR-002124 for Convicted Felon in Possession of a Firearm, and 19-CR-001350 for Convicted Felon in Possession of a Firearm, all crimes punishable by more than one year in prison. I have reviewed the certified conviction records and defendant was present in court when he was convicted. Accordingly, he had knowledge that he was a convicted felon.

9. The evidence outlined above establishes probable cause to believe the following criminal acts were completed on or about July 26, 2021, in Jefferson County, Kentucky, located in the Western District of Kentucky:

    a. Laron WESTON possessed a firearm which had been shipped or transported in interstate or foreign commerce, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of such felony convictions, in violation of 18 U.S.C. § 922(g)(1).

_Lauren Viup_
Lauren Viup, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me by telephone on July 28, 2021, in accordance with Fed. R. Crim. P. 4.1.

*Colin Lindsay*
Colin H Lindsay, Magistrate Judge
United States District Court